CLARA H. PRICE, Respondent, *v.* STEPHEN M. GA NUN et al. Appellants.

(Argued October 7, 1895; decided October 15, 1895.)

MOTION to open default in filing the return herein and permitting the filing of such return.

*Brainard Tolles* for motion.

*George D. Beattys* opposed.

Ordered, if defendants pay plaintiff's attorney the ordinary costs of appeal in this court on or before the 18th day of October, 1895, the order dismissing the appeal herein is vacated and defendants are at liberty to file return with the clerk of this court on or before October 25, 1895, *nunc pro tunc* as of the time default was made in filing same. If costs are not paid as above required this motion is denied, with ten dollars costs.